

187 So.2d 450

**STATE of Louisiana et al.**

**v.**

**Albin P. SCOTT.**

**No. 48260.**

June 23, 1966.

In re: Albin P. Scott applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 185 So.2d 877.

Writ refused. On the facts found by the Court of Appeal the decree is correct.

187 So.2d 451

**STATE of Louisiana et al.**

**v.**

**Albin P. SCOTT.**

**No. 48261.**

June 23, 1966.

In re: Jean Tardan et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 185 So.2d 877.

Writ refused. On the facts found by the Court of Appeal the decree is correct.

187 So.2d 451

**Cora Lee DOTY**

**v.**

**CENTRAL MUTUAL INSURANCE COMPANY et al.**

**No. 48274.**

June 23, 1966.

In re: Central Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 186 So.2d 328.

The application is denied. There appears no error of law in the judgment complained of.

SUMMERS, J., recused.